# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-02219 JVS(DFMx): | Date | January 28, 2019 |
| Title | William Ross v. City of Tustin et al | | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

    The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **Noon on Wednesday, January 30, 2019**, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

    As an alternative to a written response by plaintiff(s), the Court will consider the **delivery**, by **Noon on Wednesday, January 30, 2019**, of the required Mandatory Chambers Copies of the Complaint, Civil Cover Sheet and Notice of Interested Parties(Docket Nos. 1, 3(12) & 4(13)) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

| | : | 00 |
|---|---|---|
| Initials of Preparer | | kjt |