ROBERT L. KAUFMAN – State Bar No. 66389
rkaufman@wss-law.com
DOUGLAS J. LIEF - State Bar No. 240025
dlief@wss-law.com
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendant CITY OF TUSTIN, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROSS<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF TUSTIN; J. CARTWRIGHT, individually and as Sergeant for the Tustin Police Department, ID 718; R. WARD, individually and as Sergeant for the Tustin Police Department, ID 1243; S. KIMOSH, individually and as Sergeant for the Tustin Police Department, ID 1265; M. JENSEN, individually and as Sergeant for the Tustin Police Department, ID 1143; M. FITZPATRICK, individually and as Sergeant for the Tustin Police Department, ID 1260; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO.: 8:18-CV-02219<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br>COURTROOM 10C<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER FOR DEFENDANTS' PERSONNEL RECORDS**<br><br>HEARING DATES PENDING:<br>Type: Final Pre-Trial Conference<br>Date: April 27, 2020<br>Time: 1:30 p.m.<br><br>Type: Trial<br>Date: May 12, 2020<br>Time: 8:30 a.m. |

The Court hereby grants a protective order pursuant to the terms and conditions set forth by the parties in their January 30, 2020 stipulation.

DATED: February 12, 2020

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

1

1470057.1