|   |   |
|---|---|
|   |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM ROSS, | Case No. 8:18-CV-02219-JVS-DFM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CITY OF TUSTIN; J. CARTWRIGHT, individually and as Sergeant for the Tustin Police Department, ID 718; R. WARD, individually and as Detective for the Tustin Police Department, ID 1243; S. KIMOSH, individually and as Police Officer for the Tustin Police Department, ID 1265, M. JENSEN, individually and as Police Officer for the Tustin Police Department, ID 1143; M. FITZPATRICK, individually and as Police Office for the Tustin Police Department, ID 1260; and DOES 1 through 50, | |
| Defendants. | |

**ORDER**

1

# ORDER

Having considered the parties Joint Stipulation for Dismissal, the Court hereby Orders:

That Case No.: 8:18-CV-02219-JVS-DFM be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: May 06, 2020        By: _____
                                HON. JAME V. SELNA
                                UNITED STATES DISTRICT JUDGE